**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : CASE NO. 3:03cr80 (JBA) |
| **LAN SUN** | : |

### ENDORSEMENT ORDER [DOC. #83]

    Defendant's motion to file pleading under seal is GRANTED.  The Clerk is directed to file the attached pleading under seal.

                                     IT IS SO ORDERED.

                                    __/s/_____
                                    Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut on October 30, 2004.