UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No. 3:03CR80 (JBA) |
| LAN SUN | : | June 26, 2007 |

APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

        Respectfully submitted,

        Kevin J. O'Connor
        United States Attorney


        Christine Sciarrino
        Assistant United States Attorney
        157 Church Street, 23rd Floor
        New Haven, CT  06510
        (203) 821-3780 Tel./(203) 773-5392 Fax.
        Email: Christine.Sciarrino@usdoj.gov
        Federal No. CT3393

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 26th day of June, 2007, to:

Kurt F. Zimmermann, Esq.
234 Church Street
New Haven, CT  06510

_____
Christine Sciarrino