UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No. 3:03CR80 (JBA) |
| LAN SUN | : | June 26, 2007 |

MOTION FOR PAYMENT OF
RESTITUTION WITH BOND MONEY

The Government hereby respectfully requests that Defendant Lan Sun's cash appearance bond be released from the Court's Registry, and be applied to his outstanding restitution liability, pursuant to 28 U.S.C. § 2044.

In support of this motion, the Government submits that on May 1, 2003, Defendant Sun deposited in the Registry of the Court $25,000.00 to secure his appearance bond in this matter.

Then, on May 12, 2005, this Court imposed sentence upon Defendant Sun which, in relevant part, provided that Defendant Sun pay his victims restitution in the amount of $1,121,516.06, jointly and severally. As of June 26, 2007, the remaining balance of Defendant Sun's restitution debt totals $1,194,727.46.

Defendant Sun's appearance bond funds currently remain deposited in the Registry of this Court.

In pertinent part, 28 U.S.C. § 2044 provides:

> On motion of the United States attorney, the court shall order any money belonging to and deposited by or on behalf of the defendant with the court for the purposes of a criminal appearance bail bond (trial or appeal) to be held and paid over to the United States attorney to be applied to the payment of any assessment, fine, restitution, or penalty imposed upon the defendant.

Therefore, the Government respectfully requests that an order enter directing the Clerk of Court to remove the appearance bond funds from the Registry of the Court, and distribute said funds to Defendant Sun's victims as partial satisfaction of the restitution judgment imposed upon Defendant Sun.

For all of the foregoing reasons, and in the interest of justice, the Government respectfully requests that this motion be granted.

                    Respectfully submitted,

                    Kevin J. O'Connor
                    United States Attorney


                    Christine Sciarrino
                    Assistant United States Attorney
                    157 Church Street, 23rd Floor
                    New Haven, CT  06510
                    (203) 821-3780 Tel./(203) 773-5392 Fax.
                    Email: Christine.Sciarrino@usdoj.gov
                    Federal No. CT3393

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 26th day of June, 2007, to:

Kurt F. Zimmermann, Esq.
234 Church Street
New Haven, CT   06510

_____
Christine Sciarrino

Case 3:03-cr-00080-JBA    Document 103    Filed 06/26/2007    Page 4 of 4