UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
JUL 20 11:23 AM '07

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No. 3:03CR80 (JBA) |
| LAN SUN | : | |

ORDER FOR PAYMENT OF
RESTITUTION WITH BOND MONEY

On May 12, 2005, this Court imposed criminal restitution in the amount of $1,121,516.06 upon the Defendant, Lan Sun. Upon consideration of the motion of the United States Attorney, and pursuant to 28 U.S.C. § 2044, it is hereby

ORDERED that the Clerk of Court remove from the Court's Registry any and all funds which were deposited as a bond by or on behalf of Defendant Lan Sun to secure his appearance. The Clerk of Court is further directed to distribute said funds to Defendant Sun's victims, as partial payment of his restitution obligation.

SO ORDERED on this 19th day of July, 2007 at New Haven, Connecticut.

Janet Bond Arterton
United States District Judge